UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LOIS WILLOW ALLEN, | |
|---|---|
| Plaintiff, | CASE NO. C17-1595-JCC |
| v. | |
| THE PERSONS WHO ACCESS MY PERSONAL NEURONS AND INFORMATION BE THEY IN A COMPUTER OR IN MY BRAIN, et al., | ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendants. | |

Because plaintiff financially qualifies, her application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. However, this matter should be reviewed under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 2nd day of November, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: APPLICATION TO PROCEED
IN FORMA PAUPERIS
PAGE - 1