THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOIS WILLOW ALLEN,<br><br>        Plaintiff,<br><br>        v.<br><br>THE PERSONS WHO ACCESS MY PERSONAL NEURONS, *et al.*,<br><br>        Defendant. | CASE NO. C17-1595-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff Lois Allen's complaint (Dkt. No. 1-1). Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP"). (Dkt. No. 4.) Under 28 U.S.C. § 1915(e), district courts have authority to review IFP complaints and must dismiss them if "at any time" it is determined that a complaint is frivolous or fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2).

It is not clear against whom Plaintiff brings suit. She names, in general, persons "who access my personal neurons and information be they in a computer or in my brain." (Dkt. No. 1-1). But a specific defendant need be named. That being said, she describes general misdeeds by McDonalds, Microsoft, Apple and Amazon in her complaint, but fails to state a cognizable legal claim against any. (*Id.*) As a result, Plaintiff's complaint fails to state a claim on which relief may be granted. Nor is the basis of this Court's subject matter jurisdiction clear from the

1 complaint. Therefore, the complaint is also frivolous. *See Pratt v. Sumner*, 807 F.2d 817, 819
2 (9th Cir.1987). Both deficiencies may be curable through amendment. *See Noll v. Carlson*, 809
3 F.2d 1446, 1448 (9th Cir.1987). Accordingly, the Court DISMISSES Plaintiff's complaint (Dkt.
4 No. 1-1) without prejudice.

DATED this 6th day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1595-JCC
PAGE - 2