THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LOIS WILLOW ALLEN, | CASE NO. 17-1595-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE PERSONS WHO ACCESS MY PERSONAL NEURONS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously dismissed Plaintiff's claims without prejudice. (Dkt. No. 5.) The Court now DIRECTS the Clerk to close the case.

DATED this 11th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
17-1595-JCC
PAGE - 1